UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

STEVEN MICHAEL AITKEN,

    Plaintiff,

v.                                                                            Case No. 5:25cv67-MCR/MJF

RICKY DIXON, et al.,

    Defendants.
_____/

# ORDER

The Magistrate Judge issued a Report and Recommendation dated April 17, 2025. ECF No. 8. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant 28 U.S.C. § 636(b)(1). I have made a de novo determination of all timely filed objections.

Having considered the Report and Recommendation, and any timely filed objections thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The Report and Recommendation, ECF No. 8, is adopted and incorporated by reference in this order.

2. This case is DISMISSED WITHOUT PREJUDICE, pursuant to 28 U.S.C. §§ 1915A(b)(1) and 1915(e)(2)(B)(i), for maliciousness and abuse of the judicial process.

3. The Clerk is directed to close the case.

**DONE AND ORDERED** this 23rd day of July 2025.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**